district court of the United State
West Virginia at Clarksburg
500 W Pike St, Clarksburg, WV 26301
CASE NO. \_\_\_\_\_1:23cv 57\_\_\_\_\_

FILED
JUL 13 2023
U.S. DISTRICT COURT
ELKINS WV 26241

Leonard Carroll and
Stephanie Carroll as individuals
Non-Attorney Petitioner

Judge \_\_Kleeh\_\_\_\_

v.
KENDRA ROSS as an individual
    Defendant

**THIS CLAIM OF ACTION COMES UNDER 28 U.S. CODE § 1332 - DIVERSITY OF CITIZENSHIP,
AMERICAN CITIZEN CIVILIANS OF TWO DIFFERENT STATES WITHIN THE JURISDICTION OF 18 USC 3231 DISTRICT COURT**

1

## Table of Contents

1. Table of Contents — 2
2. Jurisdiction — 3
3. Parties of the Case — 3-4
4. OPENING STATEMENT FOR THE RECORD — 4
5. INTRODUCTION — 5-6
6. Harm and Damage Claim — 6-7
7. 12 (b) (6) for Kendra Ross — 7-8
8. Conclusion — 8
9. Certificate of Service — 9

## Jurisdiction

### 18 U.S. Code § 3231 - District courts

The **district courts of the United States** shall have original jurisdiction, exclusive of the courts of the States, of all offenses against the laws of the United States.

Nothing in this title shall be held to take away or impair the jurisdiction of the courts of the several States under the laws thereof.

### 28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs

(a)The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
(1)citizens of different States;

### Article III
### Section 2

The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--**between citizens of different states**;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.

### Parties of the Case

Petitioners; Leonard Carroll and Stephanie Carroll in their private individual capacity as an American Citizen Civilian of West Virginia State and have property located in the State known as West Virginia 1213 Cash Valley Road Eglon, WV 26716-8557

Defendant; Kendra Ross in her private individual capacity as an American Citizen Civilian holds" No" residency or property in West Virginia and has an undisclosed address known only as " Human Trafficking Legal Center 1030 15th Street NW – 104B Washington, DC

3

20005" and or at Brooks H. Spears "MCGUIREWOOD LLP, 1750 Tysons Boulevard , Suite 1800, Tysons, Va .22102 ;  Ashley hardesty Odell, Bowles Rice LLP, 125 Granville Square, Suite 400 Morgantown, W.V. 26501" being her legal liaison and last known address of contact.

## OPENING STATEMENT FOR THE RECORD

WE, the Carroll's has come to a new understanding of the Courts system of two trier jurisdictions.

1. One jurisdiction of no Constitutional protected rights to which is defined in EX Parte Milligan (1866) and Ex Parte Lavinder (1921) and the supreme Court ruled in both of these case American Citizen Civilian cannot come before an administrative martial law tribunal under practices of policies and procedures and regulation where there is no Constitutional protected rights.

2. This is a recent case Burns vs Wilson (1953) that even a Military Court has to provide Constitutional protected rights to its own personnel.

3. We the Carroll's are private Individuals and are American Citizen Civilians with Constitutional Protect rights even if under a State of Emergency or a State of War declared by the "Administrative" branch.

4. The Carroll's has place jurisdiction under 18 USC 3231 as this Case started out in "West Virginia State" County Court. 18 USC 3231 required district court of the United State not UNITED STATES DISTRICT COURT  under Administrative Martial Law.

## INTRODUCTION

Leonard Carroll and Stephanie Carroll being the Petitioners " HEREIN AFTER the Carroll's" in their private individual capacity as an American Citizen Civilian of West Virginia State and have property located in the State known as West Virginia 1213 Cash Valley Road Eglon, WV 26716-8557

1. Comes before this district court on a property dispute under Article III section 2 "between Citizens of Different State" over a property claim.
2. Kendra Ross, as known by the Carroll's, holds no residency or holds property in West Virginia known to the Carroll's.
3. The Carroll's deny any knowledge of a known address on Kendra Ross in West Virginia and only known address by the Carroll's are out of State;

    a) " Human Trafficking Legal Center 1030 15th Street NW – 104B Washington, DC 20005

    b) MCGUIREWOOD LLP 1750 Tysons Boulevard , Suite 1800, Tysons, Va. 22102

    c) Ashley Odell, Bowles Rice LLP, 125 Granville Square Suite 400 Morgantown, W.V. 26501

    d) The Carroll's address these points to show **"DIVERSITY OF CITIZENSHIP"** as all address know for Kendra Ross are out of West Virginia State.

    d) As per FRCP RULE 5 (b) Service: How Made. (1) *Serving an Attorney.* If a party is represented by an attorney, service under this rule must be made on the attorney unless the court orders service on the party. And or

e) (C) mailing it to the person's last known address—in which event service is complete upon mailing.

4. This action stems from a Local Court Case" IN THE CIRCUIT COURT OF PRESTON COUNTY, WEST VIRGINIA" on property located at 1213 Cash Valley Road Eglon, WV 26715-8557 by Kendra Ross who has no know address in West Virginia but out of State.

5. Unbeknown to the Carroll's the Carroll's were sued in the Circuit Court of Preston County of West Virginia by Kendra Ross to have their home confiscated under a unknow default claim to which the Carroll's were not a party to.

6. The Carroll's had no notice or the right to defend as this action was brought in under a "Fictitious Entity" not registered in West Virginia or had ownership over the property.

7. The Carroll's had ownership of this property from 2010 until date and at no time has the property title ownership been transferred to any other entity.

8. The Claims that the Carroll's participate in or played a part in human trafficking or labor abuse is unfounded and is slander and defamation of character without any evidence.

9. The district courts of the United States shall have original jurisdiction, exclusive of the courts of the States pursuant to 18 USC 3231 and the IN THE CIRCUIT COURT OF PRESTON COUNTY, WEST VIRGINIA is a State Court

## Harm and Damage Claim

The Carroll's harm and damage is the loss of their property and home of a value of $300,000 thousand dollars on an allegation to which we the Carroll's were not a party to or allowed to have a say in the manner has become a victim of property theft.

1. An allegation of sum Fictitious Entity which had no ownership or property Title is Kendra Ross Claim to take over the property.
2. Kendra Ross has used a Fictitious Entity name to deprive the Carroll's as private individuals and as an American Citizens Civilian the Constitutional Protected Rights of Due process of Law and the Right to a trial to be heard.
3. We the Carroll's have owned this property and have maintained this property from 2010 up to present date.
4. We the Carroll's have the Constitutional Protected Right as a "private individuals" and as American Citizen Civilians to confront Kendra Ross as a real party of interest and not have some "Fictitious Entity" used which has no rights under FRCP Rule 17 or under the VII Amendment to a trial by jury if our property is going to be stolen on some wild allegation claim.

## 12 (b) (6) for Kendra Ross

1. Kendra Ross is required to prove the Carroll's in their individual capacity have caused her harm and not hide behind a name of some "Fictitious Entity" in place of We the Carroll's name to steal our property.

2. If Kendra Ross has a Valid Claim against the Carroll's in our individual private capacity and not against some "Fictitious Entity" then let her come to court and defend her action before a trial by jury to explain the harm caused to her by, the Carroll's.

3. If Kendra Ross claims that the Carroll's are this so-called "Fictitious Entity" then let her come to court and defend her action before a trial by jury and explain her claim.

4. If Kendra Ross has evidence and proof of claim that the Carroll's in their individual capacity play any part or had anything to cause Kendra Ross harm, then come to court and defend her action before a trial by jury.

5. So far, all there is an allegation that some "Fictitious Entity" not the Carroll's has caused Kendra Ross some form of injustice or harm and our property is being taken without evidence that We the Carroll's in our individual Capacity had any part in this so call injustice or harm to Kendra Ross.

6. The Carroll's have been targeted under a "Fictitious Entity" claim and Kendra Ross is required to provide evidence that We the Carroll's are this "Fictitious Entity" she claims.

## Conclusion

We the Carroll's demand that Kendra Ross now prove her allegation against the Carroll's in our individual private capacity as American Citizen Civilians that we have cause Kendra Ross such harm or injustice or any other form of Federal or West Virginia State laws violation to justify the taking of our property and home at 1213 Cash Valley Road Eglon, WV 26716-8557

Leonard Carroll             _[signature]_             Date: 07/11/2023
1213 Cash Valley Road
Eglon, WV 26716-8557

Stephanie Carroll           _[signature]_             Date: 07/11/2023
1213 Cash Valley Road
Eglon, WV 26716-8557

## CERTIFICATE OF SERVICE

I, Leonard Carroll and Stephanie Carroll filed *This Claim Of Action Comes Under 28 US Code 1332 -Diversity Of Citizenship, American Citizen Civilians Of Two Different States Within The Jurisdiction Of 18 USC 3231 District Court* to the district court clerk of the United States, West Virginia at Clarksburg on 2023, July on this day of 11th and to be served upon the defendants by process service and by U. S. Mail and certified.

Leonard Carroll _____ Date: 07/11/2023
1213 Cash Valley Road
Eglon, WV 26716-8557

Stephanie Carroll _____ Date: 07/11/2023
1213 Cash Valley Road
Eglon, WV 26716-8557
Petitioner

CC

Kendra Ross
Human Trafficking Legal Center
1030 15th Street NW – 104B
Washington, DC 20005"

Brooks H. Spears c/o Kendra Ross
MCGUIREWOOD LLP
1750 Tysons Boulevard, Suite 1800,
Tysons, Va. 22102"

Ashley H. Odell c/o Kendra Ross
Bowles Rice LLP
125 Granville Square
Suite 400
Morgantown, W.V. 26501